**WATKINS MOTOR LINES, INC., a Florida corporation, Plaintiff–Appellant,**

**v.**

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Cari M. Dominguez, individually and as Chair, Equal Employment Opportunity Commission, et al., Defendants–Appellees.**

No. 06–12981
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

June 13, 2007.

Joan M. Canny, Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson, P.A., Miami, FL, for Plaintiff–Appellant.

* Honorable Donald E. Walter, United States District Judge for the Western District of Lou-

Jennifer S. Goldstein, Washington, DC, for Defendants–Appellees.

Before TJOFLAT, BARKETT and HULL, Circuit Judges.

**PER CURIAM:**

We have reviewed the record and considered the briefs of the parties. To the extent that Watkins Motor Lines, Inc., has not already received the documents they seek, we find no reversible error in the district court's holding that the materials contained in the Equal Employment Opportunity Commission's ongoing investigation were properly withheld from Watkins Motor Lines, Inc.

**AFFIRMED.**